

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR 362 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| DUSTIN F. EARTH, | 18 U.S.C. § 113(a)(6) and 1153 |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about the 17th day of November, 2016, within the boundaries of the Winnebago Indian Reservation in the District of Nebraska, the defendant, DUSTIN F. EARTH, an Indian male, did assault E.R., an Indian male, causing serious bodily injury to E.R. in that the defendant, DUSTIN F. EARTH, did hit, punch, and strike E.R. in the head and body, causing extreme pain, and causing multiple skull fractures and multiple facial fractures, and which required E.R. be hospitalized for emergency and continued medical treatment.

In violation of Title 18, United States Code, Section 113(a)(6) and 1153.

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

LECIA E. WRIGHT, #24562
Assistant U.S. Attorney